## SUPREME COURT.

### TOMLINSON agt. VAN VECTHEN AND OTHERS.

A defendant has twenty days to appear and answer, after the expiration of the time prescribed by the order for publication of the summons.
The same rule applies in cases of publication, where service has been personally made out of the state.

*Erie Special Term, August* 1851. Application for judgment upon the failure of the defendants to answer.

The service was made by the publication of the summons pursuant to an order made by a judge, as provided in section 135 of the Code. Twenty days had not elapsed, after the time prescribed in the order for the publication of the summons, when this application for judgment was made.

MR. CUTTING, *for Plaintiff*.

MARVIN, Justice.—The application is premature. The defendants have twenty days within which to appear and answer, after the expiration of the time prescribed by the order for publication. The service of the summons is not complete, until the expiration of that time (*Code*, § 137).

I have also held, in cases where the publication of the summons had been ordered, and service of a copy of the summons and complaint had been personally made, out of the state, that the defendant had twenty days to appear and answer, after the

expiration of the time *prescribed in the order* for the publication. That such personal service, out of the state, was only *equivalent* to the publication of the summons and the deposit of a copy of the summons and complaint in the post office (§ 135).